## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DENNIS WORSHAM v. JOHN A. POLSON and GB TRANSPORT, LTD.

**08CV62**
**JUDGE HIBBLER**
**MAG. JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN A. POLSON and GB TRANSPORT, LTD.

FILED

JAN 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Steven B. Novy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Steven B. Novy | |
| FIRM Chilton Yambert Porter & Young LLP | |
| STREET ADDRESS 325 Washington Street, Suite 200 | |
| CITY/STATE/ZIP Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2070669 | TELEPHONE NUMBER (847) 625-8200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |