CH

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DENNIS WORSHAM v. JOHN A. POLSON and GB TRANSPORT, LTD.

08CV62
JUDGE HIBBLER
MAG. JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN A. POLSON and GB TRANSPORT, LTD.

FILED
JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Jason Orleans |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| Chilton Yambert Porter & Young LLP |

| STREET ADDRESS |
| --- |
| 325 Washington Street, Suite 200 |

| CITY/STATE/ZIP |
| --- |
| Waukegan, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6258048 | (847) 625-8200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |