FILED
FEB X 1 2008
2-1-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DENNIS WORSHAM　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　　　)　　No.:　　1:08-CV-00062
　　　　　　　　　　　　　　　　　　　　　)　　Honorable William J. Hibbler
v　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
JOHN POLSON & G.B. TRANSPORT, LTD)
　　　Defendant,　　　　　　　　　　　　　)

## NOTICE OF MOTION

TO:　Chilton, Yambert, Porter & Young　　Cooney & Conway
　　　325 Washington St, # 200　　　　　　120 N. LaSalle St. 30 F
　　　Waukegan, IL 60085　　　　　　　　　Chicago, IL 60602

On 2/6/08 at 9:30 am. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in the courtroom 1225 of the Richard J. Daley Center, Chicago, Illinois and shall then and there submit the attached motion for remand for the purposes of consolidation with case number 07 C 4884.

_____
FOR THE FIRM

FOLEY & MAJESKE
20 N. CLARK
36TH FLOOR
CHICAGO, IL 60602
312/782-5841
ATTY. NO.: 23402

## PROOF OF SERVICE

I, Tiffany Newbern, a non-attorney, on oath, certify that I served this notice of motion by mailing a copy to the above named attorney(s), at the above address(es), and depositing the same in the U.S. mail at 20 N. Clark, 36th Floor, Chicago, Illinois at 5:00 p.m. on _____, with proper postage prepaid.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS_____DAY OF_____2008.

_____