903.07045 JO/fn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS WORSHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   08 CV 62 |
| | ) | |
| JOHN A. POLSON and GB TRANSPORT, LTD., | ) | Judge Hibbler |
| | ) | |
| Defendants. | ) | Mag. Judge Ashman |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2008, the Response Memorandum of GB Transport, Ltd. and John A. Polson to plaintiff's Motion to Remand was filed electronically with the Clerk of the Court and served via facsimile transmission upon the following:

F. James Foley, Jr. (312) 372-0511
Foley & Majeske
221 North LaSalle Street, Suite 2440
Chicago, IL 60601

                                                    CHILTON YAMBERT PORTER & YOUNG, LLP

                                                    By: /s/Jason Orleans
                                                    Counsel for Defendants

Jason Orleans
jorleans@cypylaw.com
Chilton Yambert & Porter LLP
325 Washington Street, Suite 200
Waukegan, Illinois 60085
847/625-8200