# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Dennis Worsham

                    Plaintiff,

v.                                           Case No.: 1:08−cv−00062
                                                    Honorable William J. Hibbler

John A Polson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge William J. Hibbler :MOTION by Plaintiff Dennis Worsham to remand [6] is denied. Motion hearing held on 2/6/2008 regarding motion to remand.[6] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.