903.07045 JO/fn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS WORSHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 08 CV 62 |
| | ) | |
| JOHN A. POLSON and GB TRANSPORT, LTD., | ) | Judge Hibbler |
| | ) | |
| Defendants. | ) | Mag. Judge Ashman |

## CERTIFICATE OF SERVICE

TO: See Attached Service List

PLEASE TAKE NOTICE that on the 11th Day of April, there was faxed to the above listed, (1) Interrogatories to be Answered Under Oath by Plaintiff, (2) Notice to Produce to Plaintiff; and (3) Notice of Deposition

s/ *Jason Orleans*

CHILTON YAMBERT & PORTER LLP
325 Washington Street, Suite 200
Waukegan, IL 60085
Telephone: (847) 625-8200
Facsimile: (847) 625-8262

EXHIBIT
A

*Worsham v. Polson & GB Transport, Ltd.*
07 L 12341

**SERVICE LIST**

**Attorneys for Plaintiff**

F. James Foley, Jr.
Robert S. Majeske
Foley & Majeske
20 N. Clark, 36th Flr.
Chicago, IL 60602
(312) 782-5841
(312) 372-0511 (fax)

**Additional Attorneys for Plaintiff**

Daniel Herbert
Law Offices of Daniel Q. Herbert
1412 W. Washington Blvd.
Chicago, IL 60607
(312) 733-7776
(312) 733-1367 (fax)
dherbert@chicagofop.org