# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Dennis Worsham

                    Plaintiff,

v.                                              Case No.: 1:08−cv−00062
                                                Honorable William J. Hibbler

John A Polson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/27/2008 and continued to 4/29/08 at 9:30 AM. The Court adopts joint initial status report as amended in open court. Parties to comply with FRCP 26(a)(1) by 3/14/08. Written fact discovery to be completed by 5/30/08. Oral discovery ordered closed by 7/31/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 10/31/08. Deposition of plaintiff's expert(s) to be completed by 12/1/08. Defendant shall comply with FRCP(26)(a)(2) by 1/30/09. Deposition of defendants' expert(s) to be compledted by 2/27/09. Parties to meet and explore the possibility of settlement pursuant to FRCP 26(f) prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT

B