IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS WORSHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 08 CV 62 |
| | ) | |
| JOHN A. POLSON and GB TRANSPORT, LTD., | ) | Judge Hibbler |
| | ) | |
| Defendants. | ) | Mag. Judge Ashman |

**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

NOW COMES the Plaintiff, DENNIS WORSHAM, by and through his attorney, DANIEL Q. HERBERT, as and for his Rule 26(a)(1) disclosures, states as follows:

**Individuals Likely to Have Discoverable Information
Pursuant to Rule 26(a)(1)(a) are as Follows:**

The plaintiff adopts all disclosures made by defendants in this case and adds:

JAMES R. DAUBERY who will testify as a witness to the facts and his opinions as they relate to the incident at issue in the aforementioned case.

_____
Daniel Q. Herbert

Daniel Q. Herbert
Law Offices of Daniel Q. Herbert
1412 W. Washington Street
Chicago, IL 60607

**EXHIBIT C**