# CHILTON YAMBERT & PORTER LLP
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY J. CHILTON<br>JON YAMBERT<br>BILL PORTER<br>SHARON M. PEART<br>KEN SOLDAT (1957-2006)<br>MARK A. PHEANIS<br>TODD B. TARTER<br>DANIEL T. CROWE<br>ROBERT J. METTS<br>JAMES A. SANTUCCI<br>ROBERT B. HESS<br>JOSEPH R. VALLORT†<br>THEODORE C. HADLEY<br>DAVID W. ROSEMEYER<br>STEVEN B. NOVY*<br>STEVEN M. CANTY<br><br>KENNETH T. GARVEY  *Of Counsel*<br><br>*Also admitted in Wisconsin<br>†Also admitted in Alaska<br>‡Also admitted in Indiana<br>◊Also admitted in California | 325 WASHINGTON STREET<br>SUITE 200<br>WAUKEGAN, ILLINOIS 60085<br><br>TELEPHONE (847) 625-8200<br>FACSIMILE (847) 625-8262<br>www.cyp-law.com<br><br>**CHICAGO**<br>150 S. Wacker Drive, Suite 2400, Chicago, IL 60606<br>Telephone: (312) 460-8000 Facsimile: (312) 460-8299<br><br>**JOLIET**<br>54 N. Ottawa Street, Suite 540, Joliet, IL 60432<br>Telephone: (815) 726-5262  Facsimile: (815) 726-5562<br><br>**GENEVA**<br>2000 S. Batavia Ave., 2nd Floor, Geneva, IL 60134<br>Telephone: (630) 262-4000  Facsimile: (630) 262-1144 | LAURA M. MAUL<br>JAMES V. CUSTODIO<br>MAKEDONKA BALOSKI‡<br>JEFFREY S. GREENBAUM<br>REBECCA A. FOZO<br>SHAWN M. BELL<br>KIMBERLY A. EMERSON<br>EDWIN J. OLSON<br>COURTNEY D. CARTER<br>MARY T. PURCELL<br>JOHN K. HOLIONA<br>MICHAEL F. BURNS<br>JORDAN D. MATYAS<br>JASON ORLEANS<br>PAUL E. BRADY<br>MARK P. DOYLE◊<br>REAGAN F. GOINS<br>DANA T. BRISBON<br>BRADLEY L. BREJCHA<br>WILLIAM J. NOELLE, III<br>ANTHONY G. KARAMUZIS<br>NICHOLAS JOHNSON |

June 3, 2008

**VIA Facsimile - (312) 372-0511**
Robert Majeske
FOLEY & MAJESKE
20 N. Clark, 36th Floor
Chicago, IL  60602

**VIA Facsimile - (312) 733-1367**
Daniel Herbert
Law Offices of Daniel Q. Herbert
1412 W. Washington Blvd.
Chicago, IL  60607

    Re:    Worsham v. Polson & GB Transport, Ltd.
            2007 L 12341 (Cook County)
            Our File No.:  903.07045

Dear Counsel:

In line with the discovery order entered by Judge Hibbler on February 27, 2008, please provide us with your client's answers to written discovery, propounded on you on April 11, 2008.  This request is being made pursuant to Local Rule 37.2.  Further, please provide us with a settlement demand as previously requested.  Should you wish to discuss this matter, please contact the undersigned.

                                          Very truly yours,

                                          Mark P. Doyle
                                          Jason Orleans

MPD/mg



P. 1

\* \* \* Communication Result Report ( Jun. 3. 2008  3:08PM ) \* \* \*

1) CHILTON YAMBERT
2)

Date/Time: Jun. 3. 2008  3:06PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4642 | Memory TX | 13123720511 | P. 1 | OK | |
| | | 13127331367 | | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

R/b

## CHILTON YAMBERT & PORTER LLP
### ATTORNEYS AT LAW

325 WASHINGTON STREET
SUITE 200
WAUKEGAN, ILLINOIS 60085

TELEPHONE (847) 625-8200
FACSIMILE (847) 625-8262
www.cyp-law.com

CHICAGO
150 S. Wacker Drive, Suite 2400, Chicago, IL 60606
Telephone: (312) 460-8000  Facsimile: (312) 460-8299

JOLIET
54 N. Ottawa Street, Suite 540, Joliet, IL 60432
Telephone: (815) 726-5262  Facsimile: (815) 726-5562

GENEVA
2600 S. Batavia Ave., 2nd Floor, Geneva, IL 60134
Telephone: (630) 262-4000  Facsimile: (630) 262-1144

June 3, 2008

VIA Facsimile - (312) 372-0511
Robert Majeske
FOLEY & MAJESKE
20 N. Clark, 36th Floor
Chicago, IL 60602

VIA Facsimile - (312) 733-1367
Daniel Herbert
Law Offices of Daniel Q. Herbert
1412 W. Washington Blvd.
Chicago, IL 60607

Re:  Worsham v. Poison & GB Transport, Ltd.
     2007 L 12341 (Cook County)
     Our File No.: 903.07045

Dear Counsel:

In line with the discovery order entered by Judge Hibbler on February 27, 2008, please provide us with your client's answers to written discovery, propounded on you on April 11, 2008. This request is being made pursuant to Local Rule 37.2. Further, please provide us with a settlement demand as previously requested. Should you wish to discuss this matter, please contact the undersigned.

Very truly yours,

Mark P. Doyle
Jason Orleans

MPD/mg