903.07045 MPD/am

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS WORSHAM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.   08 CV 62 |
| JOHN A. POLSON and GB TRANSPORT, LTD., | ) | Judge Hibbler |
| Defendants. | ) | Mag. Judge Ashman |

**NOTICE OF MOTION**

*TO:*   F. James Foley, Jr.
Robert S. Majeske
Foley & Majeske
20 N. Clark, 36th Flr.
Chicago, IL  60602

Daniel Herbert
Law Offices of Daniel Q. Herbert
1412 W. Washington Blvd.
Chicago, IL  60607

On June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Hibbler, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Court Northern District of Illinois, Room No. 1225, Court House, Chicago, Illinois and shall then and there present the attached Motion to Compel, copies of which are attached.

CHILTON YAMBERT & PORTER LLP
325 Washington Street, Suite 200
Waukegan, IL  60085
(847) 625-8200
(847) 625-8262 Facsimile

**AFFIDAVIT OF SERVICE**

Pursuant to 735 ILCS 5/1-109 (1992), I state that the foregoing Notice and Motion was served upon the named attorneys listed by operation of the Court's electronic filing system on June 17, 2008.

*s/Jason Orleans*