**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dennis Worsham
                       Plaintiff,

v.                                     Case No.: 1:08−cv−00062
                                         Honorable William J. Hibbler

John A Polson, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

       MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/19/2008 and continued to 7/29/2008 at 09:30 AM. Defendants' Motion to compel [17] is denied without prejudice. Parties are admonished to be more interactive before filing motions to compel. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.