UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dennis Worsham
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00062
                                                Honorable William J. Hibbler

John A Polson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 7/29/2008. Plaintiff's counsel unable to appear. Status hearing continued to 8/28/2008 at 09:30 AM. Both parties directed to be present at the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.