## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dennis Worsham
        Plaintiff,

v.               Case No.: 1:08−cv−00062
                Honorable William J. Hibbler

John A Polson, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

  MINUTE entry before the Honorable William J. Hibbler:Status hearing held on 8/28/2008 and continued to 10/1/2008 at 09:30 a.m. Fact discovery to close 10/15/08. Plaintiff to disclose expert and report by 12/19/08. Defendants to disclose expert and report by 01/30/09. Defendants expert to be deposed by 02/20/09.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.